# Court of Appeals
# of the State of Georgia

ATLANTA,  February 05, 2025

*The Court of Appeals hereby passes the following order:*

**A25A0825. GOLDEN ROBERSON v. THE STATE.**

Upon consideration of the APPELLANT'S MOTION TO REMAND to complete the record in the above styled case, it is ordered that the motion is hereby GRANTED.

It is well settled that appellate courts are permitted to supplement the record on appeal. Indeed,

> [a]t any stage of the proceedings, either before or after argument, the court shall by order, either with or without motion, require that additional portions of the record or transcript of proceedings be sent up, or require that a complete transcript of evidence and proceedings be prepared and sent up, or take any other action to perfect the appeal and record so that the appellate court can and will pass upon the appeal[.]

(Citation and punctuation omitted.) *Damani v. State*, 284 Ga. 372, 374 (2) (667 SE2d 372) (2008).

Here, according to Roberson, the appellate record lacks the trial court's December 12, 2024 order denying his second amended motion for new trial, and the

record cannot be supplemented with that order in a timely manner. Given the lack of countervailing evidence, we will accept these representations as true.

Accordingly, because we cannot resolve this appeal based on the current record, we remove [this case] from the appeal docket and remand [it] to the trial court for completion of the record without delay. Once the completed [order] is on file with the trial court and the trial court has entered an order stating that the record is complete or that it cannot be completed, [Roberson] shall have 30 days from the date of the mandated order to refile [his] notice[] of appeal, and upon the filing of such notice[] of appeal the case with the complete record and transcript may be transmitted to the Court of Appeals for redocketing.

*Galardi v. Steele-Inman*, 259 Ga. App. 249 (576 SE2d 555) (2002).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/05/2025

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

......................................................................, *Clerk.*